# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. Maximino Gonzales Pugh**  Docket No. 5:99-CR-157-1BO

### Petition for Action on Supervised Release

COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Maximino Gonzales Pugh, who, upon an earlier plea of guilty to 21 U.S.C. §846 & 841(a)(1), Conspiracy to Distribute and Possess With The Intent to Distribute Cocaine Base (Crack), and 18 U.S.C. §924(c)(1), Use and Carry of a Firearm During And in Relation to a Drug-Trafficking Offense, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 17, 2000, to the custody of the Bureau of Prisons for a term of 270 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional condition:

1. The defendant shall submit a written weekly report to the probation office, if not regularly employed, of attempts to secure gainful employment

On January 8, 2002, the defendant's sentence was modified from 270 months to 150 months pursuant to Rule 35 of the Federal Rules of Criminal Procedure.

Maximino Gonzales Pugh was released from custody on October 26, 2010, at which time the term of supervised release commenced.

On March 1, 2011, the conditions of release were modified to add the drug aftercare condition due to the defendant's drug history.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On October 6, 2011, the defendant signed an admission form admitting to the use of marijuana on September 11, 2011. The defendant has been placed in the Surprise Urinalysis Program and referred for substance abuse treatment. Additionally, it is recommended that the defendant complete 24 hours of community service as a sanction for this drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Maximino Gonzales Pugh
Docket No. 5:99-CR-157-1BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Mindy L. Threlkeld<br>Mindy L. Threlkeld<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: October 11, 2011 |

## ORDER OF COURT

Considered and ordered this __17__ day of __October__, 2011, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge