UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:99-CR-157-1BO

| United States Of America | ) | |
| --- | --- | --- |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| Maximino Gonzales Pugh | ) | |

On February 3, 2012, Maximino Gonzales Pugh appeared before the Honorable Terrence W. Boyle, U.S. District Judge in the Eastern District of North Carolina, on an Amended Motion For Revocation of Supervised Release. At that hearing, the court found the defendant in violation and sentenced him to 7 months imprisonment. Further, the court allowed the defendant to voluntarily surrender on or before March 15, 2012.

On February 9, 2012, the defendant was charged and arrested for Felony Possession of Cocaine, in Fayetteville, North Carolina. In light of this new arrest, **IT IS HEREBY ORDERED** that the court's order of February 3, 2012, allowing the defendant to voluntarily surrender be stricken and the defendant be taken into immediate custody for service of his previously ordered 7 month sentence.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Order.

This the __16__ day of February, 2012.

Terrence W. Boyle
U.S. District Judge